UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
NAMEL NORRIS,                                             :
                                    Plaintiff,            :          25 Civ. 8766 (LGS)
                                                          :
                  -against-                               :          ORDER
                                                          :
THREADING SALON & SPA INC. et al.,                       :
                                    Defendants.           :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered October 23, 2025, directed the parties to file a joint status letter and proposed case management plan by December 2, 2025.

WHEREAS, the parties failed to file the directed materials, and Defendants have yet to appear in this action.

WHEREAS, the initial pretrial conference is currently scheduled for November 18, 2025. It is hereby

**ORDERED** that, if Plaintiff has been in contact with Defendants, the parties shall file the letter and case management plan as soon as possible and no later than **December 4, 2025**. If Plaintiff has not been in contact with Defendants, Plaintiff shall seek an adjournment of the conference as soon as possible and no later than **December 4, 2025.**

Dated:  December 3, 2025
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE