UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :
NAMEL NORRIS,                                       :
                                                    :
                                  Plaintiff,        :        25 Civ. 8766 (LGS)
                                                    :
                   -against-                        :        ORDER
                                                    :
THREADING SALON & SPA INC. et al.,                  :
                                  Defendants.        :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order entered December 4, 2025, directed the parties to file a joint status

letter and proposed case management plan by January 6, 2026.

       WHEREAS, the parties failed to file the directed materials, and Defendants have yet to

appear in this action.

       WHEREAS, the initial pretrial conference is currently scheduled for January 13, 2026.  It

is hereby

       **ORDERED** that, if Plaintiff has been in contact with Defendants, the parties shall file the

letter and case management plan as soon as possible and no later than **January 9, 2026**.  If

Plaintiff has not been in contact with Defendants, Plaintiff shall file a letter stating whether

Plaintiff requests an adjournment of the conference and why, or whether Plaintiff intends to seek

a default judgment against Defendants, by **January 9, 2026**.

Dated:  January 8, 2026
        New York, New York

_____
        LORNA G. SCHOFIELD
        **UNITED STATES DISTRICT JUDGE**