# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 8, 2026

Application **GRANTED** in part.  The conference scheduled for January 13, 2026, is **ADJOURNED** to **February 10, 2026, at 3:15 P.M.**  The conference will be conducted at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106.  By **February 3, 2026**, if Defendant has appeared, the parties shall file a joint status letter and proposed case management plan.  If Defendants have not appeared by that date, then, by **February 10, 2026**, Plaintiff shall either (1) seek a certificate of default and file a motion for default judgment, or (2) voluntarily dismiss the case.

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

Dated: January 8, 2026
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

**Re:   Norris v. Threading Salon
        & Spa Inc., et al.
        Case 1:25-cv-08766-LGS**

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 13, 2026 at 3:15 p.m., in your Honor's Courtroom.

However, Defendants have not yet appeared in this matter, having been properly served [D.E. 9 & D.E. 10]. As such, the undersigned counsel has undertaken additional efforts including follow-up correspondence with a copy of the Summons and Complaint, by mail to the Defendant addresses in order to facilitate contact from Defendants.

In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
      B. Bradley Weitz, Esq. (BW9365)
      THE WEITZ LAW FIRM, P.A.
      Attorney for Plaintiff
      Bank of America Building
      18305 Biscayne Blvd., Suite 214
      Aventura, Florida 33160
      Telephone: (305) 949-7777
      Facsimile:  (305) 704-3877
      Email: bbw@weitzfirm.com