UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                :

NAMEL NORRIS,                   :

                 Plaintiff,   :         25 Civ. 8766 (LGS)
                                :

        -against-        :          ORDER
                                :

THREADING SALON & SPA INC. et al.,   :
                Defendants.  :
                                :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order entered January 8, 2026, directed the parties to file a joint status letter and proposed case management plan by February 3, 2026.

       WHEREAS, the parties failed to file the directed materials.

       WHEREAS, the initial pretrial conference in this action is currently scheduled for February 10, 2026.  It is hereby

       **ORDERED** that, as soon as possible and no later than **February 5, 2026**, the parties shall file the joint status letter and proposed case management plan.

Dated: February 4, 2026
       New York, New York

                              LORNA G. SCHOFIELD
                         UNITED STATES DISTRICT JUDGE