UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
NAMEL NORRIS,                                                :
                                                             :          25 Civ. 8766 (LGS)
                                        Plaintiff,           :
                                                             :              ORDER
                    -against-                                :
                                                             :
THREADING SALON & SPA INC. et al.,                           :
                                                             :
                                        Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pretrial conference in this action is currently scheduled for February 10, 2026.

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

    **ORDERED** that the February 10, 2026, initial pretrial conference in **CANCELED.**  If parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  Pursuant to the parties' request, a referral to the Court-annexed mediation program will issue separately.  It is further

    **ORDERED** that every 45 days from the date of this Order, the parties shall file a joint status letter regarding the status of mediation.  The parties shall file the first such letter by **March 23, 2026**.  It is further

    **ORDERED** that, by **February 20, 2026**, Plaintiff shall either (1) file a motion for default judgment and supporting papers required by Local Civil Rule 55.2 against Defendant Threading Salon & Spa, or (2) file a letter stating the reasons that Plaintiff does not seek a default judgment at this time.

Dated: February 6, 2026
       New York, New York

_____
                        **LORNA G. SCHOFIELD**
                **UNITED STATES DISTRICT JUDGE**