UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                :

NAMEL NORRIS,                    :

                                :            25 Civ. 8766 (LGS)

                 Plaintiff,   :

                                :                ORDER

            -against-       :

                                :

THREADING SALON & SPA INC. & THE   :
MANHATTAN ASSOCIATES REALTY, LLC,  :

                                :

               Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a hearing is scheduled for May 5, 2026, for Defendant Threading Salon & Spa Inc. to show cause why default judgment should not be entered.

      WHEREAS, Plaintiff has not filed proof of service of the papers filed in support of default judgment, as required by Local Civil Rule 55.2(a)(3).  Plaintiff has, however, filed proof of service of the Order to Show Cause.  It is hereby

      **ORDERED** that, as soon as possible and no later than **May 1, 2026**, Plaintiff shall file proof of service of the documents filed in support of the request for default judgment on Defendant Threading Salon & Spa Inc.  The proof of service shall state the date on which such documents were served and the manner of service.

Dated: April 30, 2026
       New York, New York

                                             LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE