UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                        :

NAMEL NORRIS,                       :

                                :         25 Civ. 8766 (LGS)
                      Plaintiff,   :

                                :             ORDER
          -against-          :

                                :

THREADING SALON & SPA INC. et al.,   :

                                :

                    Defendants.  :
------------------------------------------------------------ X
LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered April 30, 2026, directed Plaintiff to file proof of service of the papers filed in support of default judgment as to Defendant Threading Salon & Spa by May 1, 2026.

WHEREAS, Plaintiff filed a Certificate of Service on May 1, 2026, but that Certificate of Service suggests that the documents have not, in fact, been served on Defendant.  Specifically, the Certificate of Service states that the documents "were sent" to Defendant "via Federal Express Mail."  The exhibit attached to the Certificate of Service is a transaction record for Federal Express tracking number 871284167624.  The exhibit states that the purchaser will "drop off [the] shipment at a FedEx location."  However, the Federal Express website indicates that Federal Express has not received the shipment from Plaintiff.  The website, a screen capture of which is attached as Exhibit A to this Order, states that FedEx will "add a delivery date as soon as we get your package."  It is hereby

**ORDERED** that, by **May 11, 2026**, Plaintiff shall file a supplemental Certificate of Service stating the date on which the documents were delivered to Federal Express.  If Plaintiff has not delivered the documents to Federal Express or an alternative common carrier, Plaintiff shall do so as soon as possible.  It is further

**ORDERED** that, by **May 11, 2026**, Plaintiff shall file a letter providing tracking information for mailing of the Order to Show Cause reflected in the Certificate of Service at Dkt. 44, or stating that such information does not exist.

Dated: May 8, 2026
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2

# EXHIBIT A



**Tracking ID:**    871284167624



**DELIVERY DETAILS**

We'll add a delivery date as soon as we get your package.

**FROM**
Aventura, FL US
View more details

**WE HAVE YOUR PACKAGE**

**ON THE WAY**

**OUT FOR DELIVERY**

**TO**
NEW YORK CITY, NY US

 Get updates

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

Transportation Contracting Opportunities

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

 United States





© FedEx 1995-2026

Site Map    |    Cookie Consent    |    Terms of Use    |    Privacy & Security    |    Ad Choices