UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAMEL NORRIS,                                               :
                                                            :
                                    Plaintiff,              :          25 Civ. 8766 (LGS)
                                                            :
                    -against-                               :          ORDER
                                                            :
THREADING SALON & SPA INC. & THE                           :
MANHATTAN ASSOCIATES REALTY, LLC,                          :
                                                            :
                                    Defendants.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order entered February 6, 2026, directed the parties to file a joint status

letter every 45 days regarding the status of mediation.

    WHEREAS, the parties' most recent status letter was filed March 20, 2026.  A review of

the docket indicates that mediation conferences were scheduled for April 15, 2026, and May 11,

2026, but neither conference was held.  It is hereby

    ORDERED that, as soon as possible and no later than **May 22, 2026**, the parties shall

file a letter regarding the status of mediation, including the reasons why the scheduled mediation

conferences were not held.

Dated: May 19, 2026
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE